1  Vanessa R. Waldref
2  United States Attorney
   Eastern District of Washington
3  Laurel J. Holland
4  Assistant United States Attorney
   825 Jadwin Avenue
5  Richland, WA 99352
6  Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 0 5 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

7
8

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

9
10    UNITED STATES OF AMERICA,                INDICTMENT   4:24-CR-6015-MKD-1
11                    Plaintiff,
12                                             Vio: 18 U.S.C. § 2252A(a)(2)(A), (b)(1)
                      v.                            Distribution of Child Pornography
13                                                 (Count 1)
14    RICARDO VELAZQUEZ REYES,
                                                   18 U.S.C. § 2252A(a)(2)(A), (b)(1)
15                    Defendant.                    Receipt of Child Pornography
16                                                 (Count 2)
17
                                                   18 U.S.C. § 2252A(a)(5)(B), (b)(2)
18                                                 Possession of Child Pornography
19                                                 (Count 3)
20
                                                   18 U.S.C. § 2253
21                                                 Forfeiture Allegations
22
23        The Grand Jury charges:
24
25                                   COUNT 1
26
        Between on or about December 13, 2023, and March 5, 2024, in the Eastern
27
28    District of Washington, the Defendant, RICARDO VELAZQUEZ REYES, did

INDICTMENT – 1

knowingly distribute child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and that was transported via any means or facility of interstate and foreign commerce, to wit: still images depicting minor and prepubescent children engaging in sexually explicit conduct, including, but not limited to, actual and simulated intercourse and the lascivious exhibition of the genitals and pubic area, as defined in 18 U.S.C. § 2256(2)(A), all in violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1).

COUNT 2

Between on or about November 28, 2023, and March 30, 2024, in the Eastern District of Washington, the Defendant, RICARDO VELAZQUEZ REYES, did knowingly receive child pornography, as defined in 18 U.S.C. § § 2256(8)(A), that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and that was transported via any means or facility of interstate and foreign commerce, to wit: still images depicting minor and prepubescent children engaging in sexually explicit conduct including, but not limited to, actual and simulated intercourse and the lascivious exhibition of the genitals and pubic area, as defined in 18 U.S.C. § 2256(2)(A), all in violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1).

INDICTMENT – 2

COUNT 3

Between on or about December 13, 2023, and March 30, 2024, in the Eastern District of Washington, the Defendant, RICARDO VELAZQUEZ REYES, did knowingly possess material that contained one or more visual depictions of child pornography, as defined in 18 U.S.C. § 2256(8)(A), including images of prepubescent minors and minors who had not attained twelve years of age, the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depictions were of such conduct; which had been mailed, shipped and transported in, or using any means or facility of, interstate and foreign commerce by any means, including by computer, and which were produced using materials that had been mailed, shipped and transported in or affecting interstate or foreign commerce, by any means including computer, all in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).

NOTICE OF FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 2253, upon conviction of any of the child pornography charges set forth in Counts 1, 2 or 3 of this Indictment, the Defendant, RICARDO VELAZQUEZ REYES, shall forfeit to the United States any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any

INDICTMENT – 3

book, magazine, periodical, film, videotape, or other matter which contains any

such visual depiction, which was produced, transported, mailed, shipped or

received in violation of this chapter; any property, real or personal, constituting or

traceable to gross profits or other proceeds obtained from such offenses; and, any

property, real or personal, used or intended to be used to commit or to promote the

commission of such offenses, or any property traceable to such property, including

but not limited to:

- an MSI desktop computer;

- an ADATA 500 GB SSD; and,

- a Seagate 1TB HDD.

DATED this 5th day of June, 2024.

Vanessa R. Waldref
United States Attorney

Laurel J. Holland
Assistant United States Attorney

INDICTMENT – 4