# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 06, 2025**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Reyes, Ricardo Velazquez | Docket No. | 0980 4:24CR06015-MKD-1 |

### Petition for Action on Conditions of Pretrial Release

     COMES NOW Elizabeth Lee, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Ricardo Velazquez Reyes, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the court at Richland, Washington, on the 9th day of July 2024, under the following conditions:

**Special Condition #5:** Defendant shall submit to a mental health evaluation and undergo any recommended treatment as directed by the United States Probation/Pretrial Services. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation/Pretrial Services office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment, and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

**Standard Condition #6:** Defendant shall report to the United States Probation/Pretrial Services Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 11, 2024, all conditions of pretrial release supervision were reviewed with Mr. Reyes. He verbalized a full understanding of his conditions of pretrial release, signed a copy of his conditions, and was provided with a signed copy.

**Violation #1:** Mr. Reyes is alleged to be in violation of his pretrial release conditions by failing to comply with the recommended mental health treatment services on or about December 9, 2024.

Mr. Reyes was initially referred to Riverview Counseling and Consulting (Riverview) Services to complete a mental health assessment at the time of his intake on July 11, 2024. The defendant, after being given several instructions, completed the assessment with Riverview on September 12, 2024. Services were recommended for Mr. Reyes, however, it was noted although he could benefit from treatment it was not the time to pursue services at that time.

On October 17, 2024, Mr. Reyes was referred for mental health services with Ken Schafer. The defendant was recommended to attend weekly sessions. However, during a scheduled session on December 9, 2024, the defendant told the provider he was not interested in services, and was only there because he was required. The provider reported the defendant appeared to have depression, and he had been strongly encouraged to seek medication management services. However, the defendant is not interested in medication services, is not motivated to alter his behavior, and is content with waiting for the outcome of the underlying pending matter. The defendant had been passive compliant with mental health services up until he told the provider he was not interested in services.

The undersigned officer has spoken with the defendant on several occasions about this. The defendant's response remains the same, that in his opinion mental health services will not help the underlying pending matter.

Re: Reyes, Ricardo Velazquez
January 6, 2025
Page 2

**Violation #2:** Mr. Reyes is alleged to be in violation of his pretrial release conditions by failing to report as instructed by the probation officer via telephone on December 9, and 16, 2024.

Mr. Reyes was instructed at the time of the intake on July 11, 2024, to report by telephone weekly, on Mondays. The defendant verbalized understanding these reporting instructions and signed a copy of the same written instructions. He was provided with a copy of the signed pretrial release reporting instructions.

Mr. Reyes failed to report as instructed by the probation officer via telephone on December 9, and 16, 2024, as required. On December 30, 2024, Mr. Reyes reported he did not call on these dates because he forgot, as he had been distracted by the underlying pending case.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: January 6, 2025

by s/Elizabeth Lee

Elizabeth Lee
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[×]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[×]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

1/6/2025
Date