John Gary Metro
719 Jadwin Avenue
Richland, Washington 99352
Tel. (509) 943-7011

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
The Honorable Mary K. Dimke

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 4:34-CR-6015-MKd |
| Plaintiff(s), | |
| vs. | |
| | **Motion to Expedite Hearing** |
| RICARDO VELAZQUEZ-REYES | |
| Defendant | |

    Ricardo Velazquez Reyes moves this Court to consider on an expedited basis his separately filed motion to continue the trial. Given the fact that the defense is requesting an extension of imminent deadlines and the government has no objections to defendant's motion for continuance, Mr. Reyes respectfully request that eh Court bypass the standard hearing times set forth in Local Rule 12(C)(3).

Dated   February 17, 2025

By s/John Gary Metro
John Gary Metro 37919
719 Jadwin Avenue
Richland, WA 99352
509-943-7011

- 1 -
Motion to Continue

- 2 -

CERTIFICATE OF SERVICE

    I hereby certify that on February 17, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Laurel J. Holland, Assistant United States Attorney

Dated   February 17, 2025                    <u>By s/John Gary Metro</u>
                                                       John Gary Metro 37919
                                                       719 Jadwin Avenue
                                                       Richland, WA 99352
                                                       509-943-7011