1
2
3
4

UNITED STATES DISTRICT COURT

5

EASTERN DISTRICT OF WASHINGTON

6
7

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:24 -CR-6015-MKD-1 |
| Plaintiff, | **Order Granting Motion to Expedite** |
| v. | |
| RICARDO VELAZQUEZ- REYES, | (Proposed) |
| Defendant. | |

8
9
10
11
12

Before the Court is Defendant's Motion to Expedite (ECF No.___)

13

For the reasons set forth in the motion, IT IS HEREBY ORDERED that the

14

Motion (ECF No.__) is Granted.  The district court executive is directed to enter

15

this order.

16

DATED this _____day of _____ , 2025

17
18

_____
19
Mary J. Dimke
UNITED STATES DISTRICT JUDGE

20